UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST BURKETT, JR.,<br><br>                           Plaintiff,<br><br>        -against-<br><br>WESTCHESTER MEDICAL CENTER,<br><br>                          Defendant. | 24-cv-9789(LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the February 5, 2025, order, this action is dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 7, 2025
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge