UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST BURKETT, JR.,

                Plaintiff,

-against-

WESTCHESTER MEDICAL CENTER,

                Defendant.

24-CV-9789 (LTS)

ORDER DIRECTING PRISONER AUTHORIZATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated December 20, 2024, the Court directed Plaintiff to pay the $405.00 in fees or submit an application to proceed *in forma pauperis* ("IFP") and a prisoner authorization. Plaintiff did not comply with the December 20, 2024 order or otherwise communicate with the Court. Accordingly, on February 5, 2025, the Court dismissed the action without prejudice. On February 21, 2025, the Court received Plaintiff's IFP application and a letter indicating that he submitted this form after he received the December 20, 2024 order. Plaintiff did not submit, however, a prisoner authorization. If Plaintiff wishes to pursue this action, he must complete and return the attached prisoner authorization within 30 days of the date of this order.

      This action remains closed. Should Plaintiff file the attached prisoner authorization, the Court shall review Plaintiff's IFP application and issue an order in due course.

SO ORDERED.

Dated:  February 24, 2025
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge